IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> BURRIS CONSTRUCTION COMPANY, LLC, <br><br> *Defendant.* | Civil No. 1:16-cv-1595 <br> Hon. Liam O'Grady <br> Hon. John F. Anderson |

## ORDER

This matter comes before the Court on Magistrate Judge Anderson's Findings of Fact and Recommendation ("F&R"). The F&R was entered on May 11, 2017 after a hearing on May 5, 2017. At the May 5 hearing, Plaintiffs were directed to submit a supplemental brief that clarified the amount of liquidated damages sought. Plaintiffs complied with this Order on May 10, 2017. Since the F&R was entered, there have been no objections filed. Thus, after reviewing the record and the F&R, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the F&R (Dkt. No. 13) in full. Accordingly, the Court hereby **ENTERS JUDGMENT** in the amount of $44,577.88 for Plaintiffs against Burris Construction Company, LLC. This figure includes unpaid contributions of $31,605.28, interest of $1,747.14, liquidated damages of $5,846.47, late fees of $2,193.99, and attorney's fees and costs of $3,185.00.

It is **SO ORDERED**.

Liam O'Grady
United States District Judge

June 21, 2017
Alexandria, Virginia

1